**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States for the use of A&A Fab LLC<br>*Plaintiff*,<br>v.<br>Hartford Casualty Insurance Company<br>*Defendant*. | Case No. 1:26-cv-06724 |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

This matter is before the Court on the Joint Motion to Stay Proceedings Pending Arbitration by Plaintiff A&A Fab LLC ("A&A Fab") and Defendant Hartford Casualty Insurance Company ("Hartford") (the "Motion to Stay").

IT IS ORDERED that the Motion to Stay is GRANTED. This action is STAYED pending arbitration proceedings.

IT IS FURTHER ORDERED that Hartford's deadline(s), to the extent any deadline(s) exist(s), to investigate and/or respond and/or take any other action(s) with respect to A&A Fab's bond claim continue to be tolled.

IT IS FURTHER ORDERED that the parties are DIRECTED to provide the Court with a status report within 30 days of the final disposition of the arbitration.

The Clerk of Court is instructed to administratively close this case, without prejudice to any party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

SO ORDERED.

Dated: White Plains, New York
September 14, 2026

Philip M. Halpern, U.S.D.J.
Southern District of New York